MYRNA F. LABOW *v.* RONALD I. LABOW

The plaintiff's motion to dismiss the appeal filed August 2, 1977, from the Superior Court in Fairfield County is denied.

The plaintiff's motion to dismiss the appeal filed August 10, 1977, from the Superior Court in Fairfield County is granted unless the defendant on or before October 20, 1977, files his request for a finding and draft finding.

*John E. Lee,* for the appellee (plaintiff).
No appearance for the appellant (defendant).

Argued October 4—decided October 4, 1977

STATE OF CONNECTICUT *v.* CARMINE GAROFALO

The state's motion dated May 27, 1977, to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant on or before October 25, 1977, files his brief.

*Richard F. Jacobson,* assistant state's attorney, for the appellee (state).
*Charles Hanken,* for the appellant (defendant).